No. 01–1795.  BURNETT v. ALABAMA NATIONAL GUARD ET AL.
C. A. 11th Cir.  Certiorari denied.

No. 01–1796.  BASE METAL TRADING, LTD. v. OJSC "NOVOKUZ-
NETSKY ALUMINUM FACTORY" ET AL.  C. A. 4th Cir.  Certiorari
denied.

No. 01–1797.  LEAL, EXECUTOR OF THE ESTATE OF LEAL v.
SUN EXPLORATION & PRODUCTION CO. ET AL.  C. A. 5th Cir.
Certiorari denied.

No. 01–1799.  CENTRAL PINES LAND CO. ET AL. v. UNITED
STATES ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 01–1800.  CHURCHILL COUNTY, NEVADA, ET AL. v. NORTON,
SECRETARY OF THE INTERIOR, ET AL.  C. A. 9th Cir.  Certiorari
denied.

No. 01–1801.  ISRAEL ET AL., DBA ISRAEL AND QUINTON
FARMS v. DEPARTMENT OF AGRICULTURE ET AL.  C. A. 7th Cir.
Certiorari denied.

No. 01–1802.  ASHKAR v. VON ESCHENBACH.  C. A. 2d Cir.
Certiorari denied.

No. 01–1803.  REYES v. UNITED STATES.  C. A. 2d Cir.  Cer-
tiorari denied.

No. 01–1804.  DAVIS v. UNITED STATES.  C. A. 8th Cir.  Cer-
tiorari denied.

No. 01–1805.  A. G. G. ENTERPRISES, INC. v. WASHINGTON
COUNTY ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–1807.  GOOD v. UNITED STATES.  C. A. 1st Cir.  Certio-
rari denied.

No. 01–1808.  SAWYER v. NEW HAMPSHIRE.  Sup. Ct. N. H.
Certiorari denied.

No. 01–1809.  MORRISON v. UNITED STATES.  C. A. 4th Cir.
Certiorari denied.